UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Chao Yang, Jenevie Yang,
Eric Herr, Candie Herr,
Andre LeTourneau, Dawn Schmidt,
Linda Cha, Peggy Couillard,
and Tracy Bergin,

    Plaintiff,

v.

**James K. Muehlbauer**, in his individual and official capacities,
**Samuel A. Christensen**, in his individual and official capacities,
**Michael Gierach**, in his individual and official capacities,
**Christopher Schmaling**, in his individual and official capacities,
and **JOHN DOES 1 to 20**, in their individual and official capacities,

    Defendants.

Case No. 26-C 415

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS – DEMAND FOR JURY TRIAL**

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983) AND CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS (42 U.S.C. § 1985) - DEMAND FOR JURY TRIAL**

## I. INTRODUCTION

This is a new and independent civil rights action brought by a community of citizens who were the direct and collateral victims of a coordinated conspiracy perpetrated by state officials acting under the color of law. This action does not seek to re-litigate the now-closed habeas corpus proceeding, *Kay Xiong Yang v. Gierach, et al.*, Case No. 25-CV-2045 (E.D. Wis.). Instead, this Complaint seeks damages and declaratory relief for the distinct constitutional injuries suffered by the Plaintiffs as a direct result of the Defendants' unlawful conduct. This conduct included, but was not limited to, fabricating evidence, committing fraud upon the court, carrying out a violent and unconstitutional raid, and engaging in a pattern of intimidation and obstruction of justice designed to silence and punish the Plaintiffs and their associate, Kay Xiong Yang.

## II. PARTIES

**Plaintiffs:**

a. Chao Yang is an adult resident of Wisconsin. As the husband of Kay Xiong Yang, he was a direct victim of the Defendants' conspiracy when they knowingly utilized a deed bearing his forged signature to create the fraudulent predicate for a criminal prosecution. This action deprived him of his marital property rights and placing his family assets at risk.

b. Jenevie Yang is an adult resident of Wisconsin. She was the victim of a violent, militarized, and warrantless raid on her family home, during which she was held at gunpoint by officers acting under the authority of the Ozaukee Sheriff's Department and Mequon Police Department. This constituted an unreasonable search and seizure and an assault under color of law in violation of the Fourth and Fourteenth Amendments. It also caused significant fear, trauma, and disruption of her daily life.

c. Eric Herr and Candie Yer Herr are adult residents of Wisconsin. As close associates of Kay Xiong Yang, they were targeted by the Defendants' broader fraudulent scheme, subjected to intimidation, and deprived of their rights for their association with and support of the Yang family, including threats to their legal, civic, and community participation.

d. Andre LeTourneau, Dawn Schmidt, Linda Cha, Peggy Couillard, and Tracy Bergin are adult residents of Wisconsin. They served as eyewitnesses to the corrupt state court proceedings. Their rights to petition the government for redress of grievances and to participate in the judicial process were chilled and violated by the Defendants' conspiracy to obstruct justice and intimidate witnesses, undermining both their civic engagement and personal safety.

**Defendants:**

a. James K. Muehlbauer is sued in his individual and official capacities. At all relevant times, he was a Washington County Circuit Court Judge who presided over the state court proceedings against Kay Xiong Yang. He acted as the judicial architect of the conspiracy, demonstrating bias, excluding exculpatory evidence, and confessing to improper *ex parte* communications.

b. Samuel Christensen is sued in his individual and official capacities. As the Clerk of the Wisconsin Supreme Court, he engaged in an overt act of obstruction by physically altering an official court "FILED" stamp to prevent a lawful habeas filing from being recognized.

c. Christopher Schmaling is sued in his individual and official capacities. As Sheriff of Racine County, the Racine County Sheriff's Office participated in the enforcement of the void judgment and the transfer of Kay X Yang back to Taycheedah Correctional Institution.

d. Michael Gierach is sued in his individual and official capacities. As the Warden, he was the final custodian enforcing the unlawful imprisonment of Kay Xiong Yang based on the fraudulent and void judgment, and for the subsequent transfer to Racine County Jail.

e. JOHN DOES 1-20 are unidentified state actors, including law enforcement officers and other officials, who participated in the conspiracy.

### III. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1343 (Civil Rights), as this case alleges violations of the Constitution of the United States and federal civil rights statutes, including 42 U.S.C. § 1983 and § 1985.

2. Venue is proper in the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events or omissions giving rise to the claims occurred within this judicial district.

### IV. FACTUAL ALLEGATIONS (THE CONSPIRACY)

1. The Fraudulent Scheme: The foundation of the conspiracy was the creation of a fraudulent Sheriff's Deed. This was accomplished using a Wisconsin Real Estate Transfer Return that bore the forged signature of Plaintiff Chao Yang. Defendants knew, or were willfully blind to the fact, that this instrument was fraudulent. They proceeded to use this void deed as the basis for a criminal prosecution for "Slander of Title," an act that directly injured Plaintiff Chao Yang by depriving him of his marital property interests without due process.

2. The Unlawful Raid: On or about September 13, 2022, law enforcement officers acting under the authority of the Ozaukee County Sheriff's Office and Mequon Police Department and the color of law executed a violent, warrantless, militarized raid on the Yang family home. Officers used a battering ram and held Plaintiff Jenevie Yang, then 19 years old, at gunpoint. This action was an unreasonable search and seizure in violation of the Fourth Amendment and constituted a direct and terrifying assault on Jenevie Yang.

3. The Corrupt Prosecution: Defendant James K. Muehlbauer presided over a state criminal trial that was a constitutional travesty. As documented in the sworn affidavits of the Plaintiffs, Muehlbauer demonstrated profound bias, systematically excluded all exculpatory defense evidence (including the fraudulent deed itself), and made on-the-record statements confessing his ability to use *ex parte* communications with the Attorney General to make lawsuits "disappear." This conduct deprived all Plaintiffs of their right to a fair, transparent, and impartial judicial process.

4. The Obstruction of Justice: As an overt act in furtherance of the conspiracy, Defendant Christensen, in his capacity as Clerk of the Wisconsin Supreme Court, physically and deliberately altered an official court "FILED" stamp on a state habeas petition submitted on behalf of Kay Xiong Yang. This criminal act of tampering with a public record was designed to obstruct justice and deny Kay Xiong Yang, and by extension the Plaintiffs supporting her, their fundamental right of access to the courts.

## V. CAUSES OF ACTION

**COUNT I**: Conspiracy to Interfere with Civil Rights (42 U.S.C. § 1985(2) and (3))

1) The preceding paragraphs are re-alleged and incorporated by reference.

2) Defendants James K. Muehlbauer, Samuel A. Christensen, Christopher Schmaling, Michael Gierach, and John Does 1-20 conspired together for the common purpose of impeding, hindering, and obstructing the due course of justice in the Wisconsin state courts.

3) The object of this conspiracy was to deny Kay Xiong Yang, and by extension the Plaintiffs who supported her, the equal protection of the laws and to injure them for lawfully attempting to enforce their rights to property and due process. The overt acts in furtherance of this conspiracy are detailed above, including the use of forged documents, the unconstitutional raid, the biased prosecution, and the tampering with court records.

**COUNT II**: Deprivation of Rights Under Color of Law (42 U.S.C. § 1983)

1) The preceding paragraphs are re-alleged and incorporated by reference.

2) All Defendants acted under the color of state law at all times relevant to this complaint.

3) Against Defendants Muehlbauer & Christensen: By engaging in judicial bias and tampering with official court records, these Defendants deprived Plaintiffs of their First and Fourteenth Amendment rights to access the courts and to due process of law.

4) Against Ozaukee County Sheriff's Office & John Doe Officers: By conducting the violent, warrantless raid, these Defendants subjected Plaintiff Jenevie Yang to an unreasonable search and seizure in violation of the Fourth and Fourteenth Amendments.

5) Against all Defendants: By participating in and facilitating a malicious prosecution based on evidence they knew to be fraudulent, all Defendants deprived Plaintiffs of their rights to due process and to be free from state-sponsored deprivation of liberty and property without just cause.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for judgment against the Defendants, jointly and severally, as follows:

a. A Declaratory Judgment that the actions, policies, and practices of the Defendants as described herein violated the constitutional and statutory rights of the Plaintiffs.

b. Compensatory and Punitive Damages in an amount to be determined at trial for each Plaintiff for the constitutional violations, emotional distress, and other injuries they have suffered.

c. A permanent injunction enjoining the Defendants, their agents, and their successors from engaging in any further acts of harassment, intimidation, or retaliation against the Plaintiffs.

d. An award of reasonable costs and attorney's fees pursuant to 42 U.S.C. § 1988. E. A trial by jury on all issues so triable. F. Any and all other relief that this Court deems just and proper.

## VII. EXHIBITS

The sworn affidavits of all Plaintiffs, previously filed in the United States District Court for the Eastern District of Wisconsin in Case No. 25-CV-2045, are attached hereto and incorporated by reference as Exhibits A through J. Also attached are the U.S. Bank letter (Exhibit K) and a true and correct image of the criminally altered court document (Exhibit L).

Dated this 13 day of March 2026.

Respectfully submitted,

*Chao Yang*
Chao Yang, *pro se*

_____
Jenevie Yang, *pro se*

_____
Andre LeTourneau, *pro se*

_____
Eric Herr, *pro se*

_____
Candie Yer Herr, *pro se*

_____
Dawn Schmidt, *pro se*

_____
Linda Cha, *pro se*

_____
Peggy Couillard, *pro se*

_____
Tracy Bergin, *pro se*

**Send All Replies To:**

Chao Yang, Pro Se
c/o 124 W. Freistadt Road #217
Thiensville, WI 53092

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, the foregoing Complaint for Violation of Civil Rights was filed with the United States District Court for the Eastern District of Wisconsin.

I further certify that personal service of a true and correct copy of the Complaint upon the following respondents will be arranged via professional process server:

- Michael Gierach, Warden
  Taycheedah Correctional Institution
  751 County Road K, Fond du Lac, WI 54936-1947

- Christopher Schmaling, Sheriff
  Racine County Law Enforcement Center
  717 Wisconsin Avenue, Racine, WI 53403-1237

- James K. Muehlbauer
  7702 Town Hall Road, Kewaskum, WI 53040

- Samuel A. Christensen
  Clerk of the Wisconsin Supreme Court and Court of Appeals
  110 East Main Street, Suite 215, P.O. Box 1688, Madison, WI 53701-1688

A copy of the Complaint was served via U.S. Mail to:

- Josh Kaul, Attorney General
  Wisconsin Department of Justice
  17 W Main Street, Madison, WI 53703

Dated: March 13, 2026

By: _____
Chao Yang, Pro Se

124 W. Freistadt Road #217
Thiensville, Wisconsin 53092